UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:24-CR-276-VMC-UAM

BROCK DAVID FISCHER

## WAIVER OF PRESENCE AT ARRAIGNMENT AND ENTRY OF A NOT GUILTY PLEA

I, BROCK DAVID FISCHER, the above-named defendant, do hereby waive my right to be present at arraignment and enter a plea of not guilty to the charges. Prior to making this decision, I received a copy of the charging instrument and went over it with my attorney.

## REQUEST FOR DISCOVERY

COMES NOW, BROCK DAVID FISCHER, the above-named defendant, by and through the undersigned attorney, and hereby gives notice that the defendant will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

## REQUEST FOR A JURY TRIAL

COMES NOW, BROCK DAVID FISCHER, the above-named defendant, by and through the undersigned attorney, and hereby requests a trial by jury.

DocuSign Envelope ID: 8E6690B9-3E4E-4408-ACC7-24D24594B36D

DocuSigned by:
BROCK D FISCHER
—————————————
Brock David Fischer

Mark J. O'Brien, Esquire

Date: July 9, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D:   (813) 228-6989
E:   mjo@markjobrien.com
