UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE No. 8:24-cr-276-VMC-UAM

BROCK DAVID FISCHER

_____

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the waiver of defendant's presence at arraignment and entry of not guilty plea and direct that the plea of not guilty be received for filing. Discovery will proceed according to the previously entered Pretrial Discovery Order, as subsequently amended by the court.

DATE: July 11, 2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE