UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:24-cr-276-VMC-LSG

BROCK DAVID FISCHER
  a/k/a "iFruit," and
MIGUEL ANGEL FORTIER, JR.
  a/k/a "Destined"

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America gives notice to the Court that it will not seek criminal forfeiture of the following assets, identified as subject to forfeiture in the Plea Agreement (Doc. 49 at 10), because the U.S. Department of Homeland Security, U.S. Customs and Border Protection administratively forfeited the assets on January 29, 2025:

1) $85,542 in U.S. currency;

2) Assorted merchandise and equipment; and

3) Cryptocurrency wallets containing approximately:

    a. 0.0819646 Bitcoin (BTC)
    b. 4.51464474 Bitcoin (BTC)
    c. 13.741 Ethereum (ETH)
    d. 3,445.38 DAI Stablecoin (DAI)
    e. 58.32179 Litecoin (LTC)
    f. 617.78 USD Coin (USDC)

  g. 24,408.68 Tether USD (TTR/USDT).

        Respectfully Submitted,

        ROGER B. HANDBERG
        United States Attorney

  By: *s/Suzanne C. Nebesky*
     SUZANNE C. NEBESKY
     Assistant United States Attorney
     Florida Bar Number 59377
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602
     (813) 274-6000 – telephone
     E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

        *s/Suzanne C. Nebesky*
        SUZANNE C. NEBESKY
        Assistant United States Attorney