UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:24-CR-276-VMC-UAM |
| | : | |
| BROCK DAVID FISCHER | : | |
| _____ | : | |

**DEFENDANT BROCK DAVID FISCHER'S**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant, BROCK DAVID FISCHER, by and through his undersigned counsel, and hereby files this his unopposed motion to continue sentencing and in support states as follows:

1. On December 4, 2024, the defendant pleaded guilty to the sole count of the Indictment pursuant to a written plea agreement.

2. Sentencing is scheduled on March 4, 2025.

3. Undersigned counsel and counsel for the government conferenced, and they agreed that a delay in sentencing will allow the Defendant additional time to comply with the terms and conditions of his plea agreement, including the standard language regarding the Defendant's responsibilities to the government.

4. Undersigned counsel and the government conferenced and respectfully suggest a continuance of the Defendant's sentencing until May 2025.

5. The Defendant is out of custody and does not oppose this request.

6. The Assistant United States Attorney does not oppose this request.

7. This motion is not intended to unnecessarily delay proceedings but rather to expedite a final resolution by not requiring the government to petition this Honorable Court for a post-sentencing sentence reduction for the Defendant.

## **CONCLUSION**

WHEREFORE, the Defendant, BROCK DAVID FISCHER, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

    Respectfully submitted,

    By: /s/ Mark J. O'Brien
    Mark J. O'Brien, Esquire
    Florida Bar No.: 0160210
    511 West Bay Street
    Suite 330
    Tampa, Florida 33606
    D:    (813) 228-6989
    E:    mjo@markjobrien.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>Mark J. O'Brien, Esquire