UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No.: 8:24-CR-276-VMC-LSG |
| : | |
| Brock David Fischer   : | |
| _____: | |

**DEFENDANT BROCK DAVID FISCHER'S**
**NOTICE TO THE COURT REGARDING ALLOCUTION STATEMENT**

COMES NOW, the Defendant, BROCK DAVID FISCHER, by and through his undersigned counsel, and respectfully files this his notice to the court regarding his allocution statement for sentencing and in support states as follows:

1. Enclosed please find the Defendant's allocution statement.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will then send notice of electronic filing to all counsel of record.

           Respectfully submitted,

           /s/ Mark J. O'Brien
           Mark J. O'Brien, Esquire
           Florida Bar No.: 0160210
           O'Brien Hatfield PA
           511 West Bay Street
           Suite 330
           Tampa, Florida 33606
           Direct: (813) 228-6989
           Email: mjo@markjobrien.com