**The Honorable Virginia Maria Hernandez Covington**
United States District Judge
Middle District of Florida

Dear Judge Covington,

I am writing to express my sincerest remorse and take full responsibility for my actions. I want to make it clear that I deeply regret the choices I made and the harm that they caused. At the time, I did not fully understand the extent of the damage I was contributing to, but now I do and I am ashamed. I now understand how serious my actions were, and I am committed to living a life guided by honesty, responsibility, and respect for the law. This experience has changed me permanently.

Since my arrest, I've spent a great deal of time reflecting on my actions, not just what I did, but what it says about the person I was at the time. I've come to understand how deeply misguided my thinking was, how I allowed myself to make choices that were selfish, reckless, and harmful. I used to believe that because no one was being directly hurt in front of me, it somehow made what I was doing less serious. But that was wrong. The truth is that my actions created real harm, even if I didn't see it immediately. Harm to companies, systems, and the people who work hard every day within them. But beyond that, I hurt the people who trusted me: my profession, my family, and everyone who believed I was someone with integrity.

Coming to terms with the gap between the person I thought I was and the person I became in those moments has been one of the most painful and humbling experiences of my life. I let myself down. I let my wife down. I let my profession down. That realization weighs on me every single day, and I carry it with me not as a burden but as a reminder of who I will never allow myself to be again.

I have taken several meaningful steps toward rehabilitation and personal growth. I began therapy, which has helped me confront the underlying behaviors that led to my actions and given me tools to become a better and more self-aware person. I've matured significantly since that time, and I continue to work to become someone my family and community can be proud of.

I also began volunteering at the Community Health Free Clinic. They are a nonprofit that provides essential medical care to vulnerable and underserved populations. Using my Doctorate in Pharmacy, I've assisted in medication counseling, prescription fulfillment, and collaboration with physicians to ensure patients receive the treatment they need. This work has not only been personally fulfilling but has reminded me of how I can use my education and skills to do good.

After losing my job due to my arrest, I struggled for months to find employment. Through persistence and growth, I was recently hired at a small-town pharmacy. This role gives me the opportunity to once again serve the public, especially the elderly and patients in long-term care facilities. It also allows me to begin paying restitution and making amends for the harm I caused.

Many people depend on me. My wife, Kira, relies on me for both financial and emotional support. She is a VA employee who is currently going through an extremely difficult time, and I am her anchor. My father and brother live nearby and count on our weekly dinners to stay connected as a family. My friends, many of whom come to our home each week for support, dessert, and conversation rely on the space my wife and I provide to feel safe and heard. I never realized how much I mattered to so many people until all of this happened, and I do not take that responsibility lightly.

My goals moving forward are simple: to make whole the people and institutions I harmed, and to dedicate myself to serving others through my work and education. I want to continue volunteering at the free clinic, remain employed at the pharmacy, and, when my obligations to the court have been fulfilled.

I understand the seriousness of what I have done. I am not asking to avoid consequences. I am asking for the opportunity to continue growing and making things right. Being able to remain in the community would allow me to continue supporting those who rely on me, to pay restitution, and to serve populations in need. My absence would leave a hole in the lives of many people who count on me for more than just basic support, it would remove an outlet for care, for stability, and for healing.

I hope that Your Honor can see me not as the person I was at the time of my crime, but as the person I am today. Someone who is remorseful, changed, and committed to doing good. I want to be a pillar in my community. I want to continue this journey of accountability, service, and growth. Thank you for your time and consideration.

Respectfully,
 *Brock Fischer*